Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No. 11 5633

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings, LLC, does not have a parent corporation that owns 10% or more of its stock.

Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the undersigned believes there are no known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (other than the parties themselves) that may have personal or affiliated financial interest in the subject matter in controversy, or any other kind of interest that could be substantially affected by the outcome of the proceeding other than the

parties. In other words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

                                        Respectfully Submitted,

                                        PRENDA LAW INC.

**DATED: November 21, 2011**

                          By:     /s/ Brett L. Gibbs

                                      Brett L. Gibbs, Esq. (SBN 251000)
                                      Prenda Law Inc.
                                      38 Miller Avenue, #263
                                      Mill Valley, CA 94941
                                      blgibbs@wefightpiracy.com
                                      *Attorney for Plaintiff*