Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | No. C-11-05633 JSC<br><br>**PLAINTIFF'S DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**PLAINTIFF'S DECLINATION TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//

//

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | AF HOLDINGS LLC, |
| 3 | **DATED: November 28, 2011** |
| 4 | |
| 5 | By: ____/s/ Brett L. Gibbs, Esq._____ |
| 6 | Brett L. Gibbs, Esq. (SBN 251000)<br>Prenda Law Inc. |
| 7 | 38 Miller Avenue, #263<br>Mill Valley, CA 94941 |
| 8 | blgibbs@wefightpiracy.com |
| 9 | *Attorney for Plaintiff* |