UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AF Holdings LLC,

        Plaintiff(s),                    No. C11-5633 JSC

   v.                                 NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Doe,

        Defendant(s).
_____/

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**[X]**   (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

     The **CASE MANAGEMENT CONFERENCE** previously scheduled for **March 15, 2012 at 1:30 p.m.** on Magistrate Judge Jacqueline Scott Corley's calendar is **VACATED.**

Dated: November 28, 2011

                                                                 Richard W. Wieking, Clerk
                                                                 United States District Court

                                                                 _____
                                                                By: Ada Means, Deputy Clerk

cc: Intake

Case5:11-cv-05633-LHK Document6 Filed11/28/11 Page2 of 2