UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | Case No: 11-CV-05633 LHK |
| *Plaintiff(s),* | |
| V. | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| JOHN DOE, | |
| *Defendant(s).* | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that a Case Management Conference is hereby set on Wednesday, March 14, 2012 at 2:00 p.m. before Judge Lucy H. Koh. Case Management Statements due no later than Wednesday, March 7, 2012 Parties are to appear in courtroom #8, 4th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: November 29, 2011

                                         For the Court,
                                         RICHARD W. WEIKING, Clerk

                                         /s/ Martha Parker Brown
                                         By: _____
                                         Martha Parker Brown
                                         Courtroom Deputy Clerk