UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No.: 11-CV-05633-LHK <br><br> ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> (re: dkt. # 10) |

The complaint in this case was filed on November 21, 2011. *See* ECF No. 1. On January 6, 2012, Plaintiff AF Holdings, LLC ("Plaintiff") filed an *ex parte* application for leave to take expedited discovery to identify Defendant John Doe. *See* ECF No. 9. On February 13, 2012, Plaintiff withdrew its *ex parte* application for leave to take expedited discovery, and simultaneously sought continuance of the initial case management conference currently set for March 14, 2012. *See* ECF No. 10.

Plaintiff is free to withdraw its *ex parte* application for leave to take expedited discovery and does not need the Court to "confirm[]" such withdrawal. *See* ECF No. 10-1 (Proposed Order). Nonetheless, the Court reminds Plaintiff that Federal Rule of Civil Procedure 4(m) requires Plaintiff to serve Defendant within 120 day of filing the Complaint. If Plaintiff fails to comply with Rule 4(m), the Court must dismiss the case without prejudice, absent Plaintiff's showing of good cause for failure to timely serve. *See* Fed. R. Civ. P. 4(m).

1

Plaintiff further requests that the Court continue the March 14, 2012 initial case management conference until May 23, 2012, because "[a]t this point, it appears that an agreement in this case will allow Plaintiff to voluntarily dismiss this case with prejudice by May of 2012." ECF No. 10 at 2.  However, Plaintiff does not explain how it expects to settle this case with a John Doe Defendant who has yet to be identified or served.  If Plaintiff intends to resolve this matter without use of the Court's resources, Plaintiff is welcome to file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Absent such notice of dismissal, the case management conference will remain as set for March 14, 2012.  No good cause having been shown, Plaintiff's request to continue the initial case management conference is DENIED.

**IT IS SO ORDERED.**

Dated: February 16, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge